

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

XTO Energy, Inc.,

\* From the 266th District Court
of Erath County,
Trial Court No. 23CVDC-00150.

Vs. No. 11-23-00291-CV

\* February 1, 2024

Windy Hill Ranch, Ltd.,

\* Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered Appellant's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against XTO Energy, Inc.